# Exhibit 1

1.14.1.3    Final Labeling Text

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

These highlights do not include all the information needed to use Herceptin safely and effectively. See **full prescribing information** for Herceptin.

HERCEPTIN® (trastuzumab)
Intravenous Infusion
Initial U.S. Approval: 1998

---

**WARNING: CARDIOMYOPATHY, INFUSION REACTIONS, and PULMONARY TOXICITY**

*See **full prescribing information** for complete boxed warning*
Cardiomyopathy: Herceptin can result in sub-clinical and clinical cardiac failure manifesting as CHF, and decreased LVEF, with greatest risk when administered concurrently with anthracyclines. Evaluate cardiac function prior to and during treatment. Discontinue Herceptin for cardiomyopathy. **(5.1, 2.2)**

Infusion reactions, Pulmonary toxicity: Discontinue Herceptin for anaphylaxis, angioedema, interstitial pneumonitis, or acute respiratory distress syndrome. **(5.2, 5.4)**

---

--------------------RECENT MAJOR CHANGES---------------------

| | |
|---|---|
| Indications and Usage, Metastatic Gastric Cancer (1.3) | 10/2010 |
| Dosage and Administration (2.1) | 10/2010 |

-----------------------INDICATIONS AND USAGE-----------------------
Herceptin is a HER2/neu receptor antagonist indicated for:
- the treatment of HER2 overexpressing breast cancer (1.1, 1.2).
- the treatment of HER2-overexpressing metastatic gastric or gastroesophageal junction adenocarcinoma (1.3)

--------------------DOSAGE AND ADMINISTRATION--------------------
For intravenous (IV) infusion only. Do not administer as an IV push or bolus (2.1).
**Adjuvant Treatment of HER2-Overexpressing Breast Cancer (2.1)**
Administer at either:
- Initial dose of 4 mg/kg over 90 minute IV infusion, then 2 mg/kg over 30 minute IV infusion weekly for 52 weeks, or
- Initial dose of 8 mg/kg over 90 minutes IV infusion, then 6 mg/kg over 30–90 minutes IV infusion every three weeks for 52 weeks.

**Metastatic HER2-Overexpressing Breast Cancer (2.1)**
- Initial dose of 4 mg/kg as a 90 minute IV infusion followed by subsequent weekly doses of 2 mg/kg as 30 minute IV infusions.
**Metastatic HER2-overexpressing Gastric Cancer (2.1)**
- Initial dose of 8 mg/kg over 90 minutes IV infusion, followed by 6 mg/kg over 30 to 90 minutes IV infusion every 3 weeks.

--------------------DOSAGE FORMS AND STRENGTHS--------------------
- Multidose vial nominally containing 440 mg Herceptin as a lyophilized, sterile powder. (3)

-----------------------------CONTRAINDICATIONS-----------------------------
- None. (4)

-----------------------WARNINGS AND PRECAUTIONS-----------------------
- Cardiomyopathy (5.1, 6.1)
- Infusion Reactions (5.2, 6.1)
- Exacerbation of Chemotherapy-Induced Neutropenia (5.3, 6.1)
- Pulmonary Toxicity (5.4, 6.1)
- HER2 testing should be performed using FDA-approved tests by laboratories with demonstrated proficiency. (5.5)
- Embryo-fetal Toxicity (5.6, 8.1)

-----------------------------ADVERSE REACTIONS-----------------------------
**Adjuvant Breast Cancer**
- Most common adverse reactions (≥5%) are headache, diarrhea, nausea, and chills. (6.1)
**Metastatic Breast Cancer**
- Most common adverse reactions (≥ 10%) are fever, chills, headache, infection, congestive heart failure, insomnia, cough, and rash. (6.1)
**Metastatic Gastric Cancer**
- Most common adverse reactions (≥10%) are neutropenia, diarrhea, fatigue, anemia, stomatitis, weight loss, upper respiratory tract infections, fever, thrombocytopenia, mucosal inflammation, nasopharyngitis, and dysgeusia. (6.1)

-----------------------USE IN SPECIFIC POPULATIONS-----------------------
Nursing Mothers: Discontinue nursing or discontinue Herceptin. (8.3)

**To report SUSPECTED ADVERSE REACTIONS, contact Genentech at 1-888-835-2555 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

See **17** for PATIENT COUNSELING INFORMATION.
                                        Revised: 10/ 2010

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING – CARDIOMYOPATHY, INFUSION REACTIONS, PULMONARY TOXICITY**
**1   INDICATIONS AND USAGE**
    1.1    Adjuvant Breast Cancer
    1.2    Metastatic Breast Cancer
    1.3    Metastatic Gastric Cancer
**2   DOSAGE AND ADMINISTRATION**
    2.1    Recommended Doses and Schedules
    2.2    Dose Modifications
    2.3    Preparation for Administration
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
    5.1    Cardiomyopathy
    5.2    Infusion Reactions
    5.3    Exacerbation of Chemotherapy-Induced Neutropenia
    5.4    Pulmonary Toxicity
    5.5    HER2 Testing
**6   ADVERSE REACTIONS**
    6.1    Clinical Trials Experience
    6.2    Immunogenicity
    6.3    Post-Marketing Experience
**7   DRUG INTERACTIONS**
**8   USE IN SPECIFIC POPULATIONS**
    8.1    Pregnancy
    8.3    Nursing Mothers
    8.4    Pediatric Use
    8.5    Geriatric Use
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
    12.1    Mechanism of Action
    12.2    Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
    13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2    Animal Toxicology and/or Pharmacology
**14   CLINICAL STUDIES**
    14.1    Adjuvant Breast Cancer
    14.2    Metastatic Breast Cancer
    14.3    Metastatic Gastric Cancer
**16   HOW SUPPLIED/STORAGE AND HANDLING**
    16.1    How Supplied
    16.2    Stability and Storage
**17   PATIENT COUNSELING INFORMATION**

\* Sections or subsections omitted from the Full Prescribing Information are not listed.

---

**FULL PRESCRIBING INFORMATION**

---

**WARNING: CARDIOMYOPATHY, INFUSION REACTIONS, and PULMONARY TOXICITY**

**Cardiomyopathy**

 Herceptin administration can result in sub-clinical and clinical cardiac failure.  The incidence and severity was highest in patients receiving Herceptin with anthracycline-containing chemotherapy regimens.

 Evaluate left ventricular function in all patients prior to and during treatment with Herceptin.  Discontinue Herceptin treatment in patients receiving adjuvant therapy and withold Herceptin in patients with metastatic disease for clinically significant decrease in left ventricular function. [*see Warnings and Precautions (5.1) and Dosage and Administration (2.2)*]

**Infusion Reactions; Pulmonary Toxicity**

 Herceptin administration can result in serious and fatal infusion reactions and pulmonary toxicity.  Symptoms usually occur during or within 24 hours of Herceptin administration. Interrupt Herceptin infusion for dyspnea or clinically significant hypotension.  Monitor patients until symptoms completely resolve.  Discontinue Herceptin for anaphylaxis, angioedema, interstitial pneumonitis, or acute respiratory distress syndrome.  [*see Warnings and Precautions (5.2, 5.4)*]

---

## 1   INDICATIONS AND USAGE

### 1.1   Adjuvant Breast Cancer

 Herceptin is indicated for adjuvant treatment of HER2 overexpressing node positive or node negative (ER/PR negative or with one high risk feature [*see Clinical Studies (14.1)*]]) breast cancer

- as part of a treatment regimen consisting of doxorubicin, cyclophosphamide, and either paclitaxel or docetaxel
- with docetaxel and carboplatin
- as a single agent following multi-modality anthracycline based therapy.

### 1.2   Metastatic Breast Cancer

 Herceptin is indicated:

- In combination with paclitaxel for first-line treatment of HER2-overexpressing metastatic breast cancer
- As a single agent for treatment of HER2-overexpressing breast cancer in patients who have received one or more chemotherapy regimens for metastatic disease.

### 1.3   Metastatic Gastric Cancer

 Herceptin is indicated, in combination with cisplatin and capecitabine or 5-fluorouracil, for the treatment of patients with HER2 overexpressing metastatic gastric or gastroesophageal junction adenocarcinoma, who have not received prior treatment for metastatic disease.

## 2   DOSAGE AND ADMINISTRATION

### 2.1   Recommended Doses and Schedules

**Do not administer as an intravenous push or bolus. Do not mix Herceptin with other drugs.**

*Adjuvant Treatment, Breast Cancer:*

 Administer according to one of the following doses and schedules for a total of 52 weeks of Herceptin therapy:

 During and following paclitaxel, docetaxel, or docetaxel/carboplatin:

- Initial dose of 4 mg/kg as an intravenous infusion over 90 minutes then at 2 mg/kg as an intravenous infusion over 30 minutes weekly during chemotherapy for the first 12 weeks (paclitaxel or docetaxel) or 18 weeks (docetaxel/carboplatin).
- One week following the last weekly dose of Herceptin, administer Herceptin at 6 mg/kg as an intravenous infusion over 30–90 minutes every three weeks.

As a single agent within three weeks following completion of multi-modality, anthracycline-based chemotherapy regimens.

- Initial dose of 8 mg/kg as an intravenous infusion over 90 minutes
- Subsequent doses at 6 mg/kg as an intravenous infusion over 30–90 minutes every three weeks.

[*see Dose Modifications (2.2)*]

*Metastatic Treatment, Breast Cancer:*

- Administer Herceptin, alone or in combination with paclitaxel, at an initial dose of 4 mg/kg as a 90 minute intravenous infusion followed by subsequent once weekly doses of 2 mg/kg as 30 minute intravenous infusions until disease progression.

*Metastatic Gastric Cancer*

- Administer Herceptin at an initial dose of 8 mg/kg as a 90 minute intravenous infusion followed by subsequent doses of 6 mg/kg as an intravenous infusion over 30-90 minutes every three weeks until disease progression [*see Dose Modifications (2.2)*].

## 2.2  Dose Modifications

*Infusion Reactions*

[*see Boxed Warning, Warnings and Precautions (5.2)*]

- Decrease the rate of infusion for mild or moderate infusion reactions
- Interrupt the infusion in patients with dyspnea or clinically significant hypotension
- Discontinue Herceptin for severe or life-threatening infusion reactions.

*Cardiomyopathy*

[*see Boxed Warning, Warnings and Precautions (5.1)*]

Assess left ventricular ejection fraction (LVEF) prior to initiation of Herceptin and at regular intervals during treatment.  Withhold Herceptin dosing for at least 4 weeks for either of the following:

- $\geq 16\%$ absolute decrease in LVEF from pre-treatment values
- LVEF below institutional limits of normal and $\geq 10\%$ absolute decrease in LVEF from pretreatment values.

Herceptin may be resumed if, within 4–8 weeks, the LVEF returns to normal limits and the absolute decrease from baseline is $\leq 15\%$.

Permanently discontinue Herceptin for a persistent ($> 8$ weeks) LVEF decline or for suspension of Herceptin dosing on more than 3 occasions for cardiomyopathy.

## 2.3  Preparation for Administration

*Reconstitution*

Reconstitute each 440 mg vial of Herceptin with 20 mL of Bacteriostatic Water for Injection (BWFI), USP, containing 1.1% benzyl alcohol as a preservative to yield a multi-dose solution containing 21 mg/mL trastuzumab.  In patients with known hypersensitivity to benzyl alcohol, reconstitute with 20 mL of Sterile Water for Injection (SWFI) without preservative to yield a single use solution.

Use appropriate aseptic technique when performing the following reconstitution steps:

- Using a sterile syringe, slowly inject the 20 mL of diluent into the vial containing the lyophilized cake of Herceptin.  The stream of diluent should be directed into the lyophilized cake.
- Swirl the vial gently to aid reconstitution.  **DO NOT SHAKE**.
- Slight foaming of the product may be present upon reconstitution.  Allow the vial to stand undisturbed for approximately 5 minutes.
- Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.  Inspect visually for particulates and discoloration.  The solution should be free of visible particulates, clear to slightly opalescent and colorless to pale yellow.
- Store reconstituted Herceptin at 2–8°C; discard unused Herceptin after 28 days.  If Herceptin is reconstituted with SWFI without preservative, use immediately and discard any unused portion.

*Dilution*
- Determine the dose (mg) of Herceptin [*see Dosage and Administration (2.1)*].  Calculate the volume of the 21 mg/mL reconstituted Herceptin solution needed, withdraw this amount from the vial and add it to an infusion bag containing 250 mL of 0.9% Sodium Chloride Injection, USP.  **DO NOT USE DEXTROSE (5%) SOLUTION.**
- Gently invert the bag to mix the solution.

## 3   DOSAGE FORMS AND STRENGTHS

440 mg lyophilized powder per multi-use vial.

## 4   CONTRAINDICATIONS

None.

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Cardiomyopathy

Herceptin can cause left ventricular cardiac dysfunction, arrhythmias, hypertension, disabling cardiac failure, cardiomyopathy, and cardiac death [*see Boxed Warning:  Cardiomyopathy*].  Herceptin can also cause asymptomatic decline in left ventricular ejection fraction (LVEF).

There is a 4−6 fold increase in the incidence of symptomatic myocardial dysfunction among patients receiving Herceptin as a single agent or in combination therapy compared with those not receiving Herceptin.  The highest absolute incidence occurs when Herceptin is administered with an anthracycline.

Withhold Herceptin for ≥ 16% absolute decrease in LVEF from pre-treatment values or an LVEF value below institutional limits of normal and  ≥ 10% absolute decrease in LVEF from pretreatment values [*see Dosage and Administration (2.2)*].  The safety of continuation or resumption of Herceptin in patients with Herceptin-induced left ventricular cardiac dysfunction has not been studied.

*Cardiac Monitoring*

Conduct thorough cardiac assessment, including history, physical examination, and determination of LVEF by echocardiogram or MUGA scan.  The following schedule is recommended:
- Baseline LVEF measurement immediately prior to initiation of Herceptin
- LVEF measurements every 3 months during and upon completion of Herceptin
- Repeat LVEF measurement at 4 week intervals if Herceptin is withheld for significant left ventricular cardiac dysfunction [*see Dosage and Administration (2.2)*]
- LVEF measurements every 6 months for at least 2 years following completion of Herceptin as a component of adjuvant therapy.

136    In Study 1, 16% (136/844) of patients discontinued Herceptin due to clinical evidence of myocardial
137    dysfunction or significant decline in LVEF.  In Study 3, the number of patients who discontinued
138    Herceptin due to cardiac toxicity was 2.6% (44/1678).  In Study 4, a total of 2.9% (31/1056) patients
139    in the TCH arm (1.5% during the chemotherapy phase and 1.4% during the monotherapy phase) and
140    5.7% (61/1068) patients in the AC-TH arm (1.5% during the chemotherapy phase and 4.2% during
141    the monotherapy phase) discontinued Herceptin due to cardiac toxicity.

142    Among 32 patients receiving adjuvant chemotherapy (Studies 1 and 2) who developed congestive
143    heart failure, one patient died of cardiomyopathy and all other patients were receiving cardiac
144    medication at last follow-up.  Approximately half of the surviving patients had recovery to a normal
145    LVEF (defined as $\geq 50\%$) on continuing medical management at the time of last follow-up.
146    Incidence of congestive heart failure is presented in Table 1.  The safety of continuation or
147    resumption of Herceptin in patients with Herceptin-induced left ventricular cardiac dysfunction has
148    not been studied.
149

**Table 1**

Incidence of Congestive Heart Failure in Adjuvant Breast Cancer Studies

| Study | Regimen | Incidence of CHF | |
| | | Herceptin | Control |
|---|---|---|---|
| 1 & 2[a] | AC[b]→Paclitaxel+Herceptin | 2% (32/1677) | 0.4% (7/1600) |
| 3 | Chemo → Herceptin | 2% (30/1678) | 0.3% (5/1708) |
| 4 | AC[b]→Docetaxel+Herceptin | 2% (20/1068) | 0.3% (3/1050) |
| 4 | Docetaxel+Carbo+Herceptin | 0.4% (4/1056) | 0.3% (3/1050) |

[a] Includes 1 patient with fatal cardiomyopathy.
[b] Anthracycline (doxorubicin) and cyclophosphamide

150

**Table 2**

Incidence of Cardiac Dysfunction[a] in Metastatic Breast Cancer Studies

| Study | Event | Incidence | | | |
| | | NYHA I–IV | | NYHA III–IV | |
| | | Herceptin | Control | Herceptin | Control |
|---|---|---|---|---|---|
| 5 (AC)[b] | Cardiac Dysfunction | 28% | 7% | 19% | 3% |
| 5 (paclitaxel) | Cardiac Dysfunction | 11% | 1% | 4% | 1% |
| 6 | Cardiac Dysfunction[c] | 7% | N/A | 5% | N/A |

[a] Congestive heart failure or significant asymptomatic decrease in LVEF.
[b] Anthracycline (doxorubicin or epirubicin) and cyclophosphamide.
[c] Includes 1 patient with fatal cardiomyopathy.

151

152    In Study 4, the incidence of NCI-CTC Grade 3/4 cardiac ischemia/infarction was higher in the
153    Herceptin containing regimens: (AC-TH: 0.3% (3/1068) and TCH 0.2% (: 2/1056)) as compared to
154    none in AC-T.

## 5.2   Infusion Reactions

Infusion reactions consist of a symptom complex characterized by fever and chills, and on occasion included nausea, vomiting, pain (in some cases at tumor sites), headache, dizziness, dyspnea, hypotension, rash, and asthenia.  [*see Adverse Reactions (6.1)*]

In postmarketing reports, serious and fatal infusion reactions have been reported.  Severe reactions which include bronchospasm, anaphylaxis, angioedema, hypoxia, and severe hypotension, were usually reported during or immediately following the initial infusion.  However, the onset and clinical course were variable including progressive worsening, initial improvement followed by clinical deterioration, or delayed post-infusion events with rapid clinical deterioration.  For fatal events, death occurred within hours to days following a serious infusion reaction.

Interrupt Herceptin infusion in all patients experiencing dyspnea, clinically significant hypotension, and intervention of medical therapy administered, which may include: epinephrine, corticosteroids, diphenhydramine, bronchodilators, and oxygen.  Patients should be evaluated and carefully monitored until complete resolution of signs and symptoms.  Permanent discontinuation should be strongly considered in all patients with severe infusion reactions.

There are no data regarding the most appropriate method of identification of patients who may safely be retreated with Herceptin after experiencing a severe infusion reaction.  Prior to resumption of Herceptin infusion, the majority of patients who experienced a severe infusion reaction were pre-medicated with antihistamines and/or corticosteroids.  While some patients tolerated Herceptin infusions, others had recurrent severe infusion reactions despite pre-medications.

## 5.3   Exacerbation of Chemotherapy-Induced Neutropenia

In randomized, controlled clinical trials the per-patient incidences of NCI CTC Grade 3–4 neutropenia and of febrile neutropenia were higher in patients receiving Herceptin in combination with myelosuppressive chemotherapy as compared to those who received chemotherapy alone.  The incidence of septic death was similar among patients who received Herceptin and those who did not. [*see Adverse Reactions (6.1)*]

## 5.4   Pulmonary Toxicity

Herceptin use can result in serious and fatal pulmonary toxicity.  Pulmonary toxicity includes dyspnea, interstitial pneumonitis, pulmonary infiltrates, pleural effusions, non-cardiogenic pulmonary edema, pulmonary insufficiency and hypoxia, acute respiratory distress syndrome, and pulmonary fibrosis.  Such events can occur as sequelae of infusion reactions [*see Warnings and Precautions (5.2)*].  Patients with symptomatic intrinsic lung disease or with extensive tumor involvement of the lungs, resulting in dyspnea at rest, appear to have more severe toxicity.

## 5.5   HER2 Testing

Detection of HER2 protein overexpression is necessary for selection of patients appropriate for Herceptin therapy because these are the only patients studied and for whom benefit has been shown. Due to differences in tumor histopathology, use FDA-approved tests for the specific tumor type (breast or gastric/gastroesophageal adenocarcinoma) to assess HER2 protein overexpression and HER2 gene amplification.  Tests should be performed by laboratories with demonstrated proficiency in the specific technology being utilized.  Improper assay performance, including use of suboptimally fixed tissue, failure to utilize specified reagents, deviation from specific assay instructions, and failure to include appropriate controls for assay validation, can lead to unreliable results.

Several FDA-approved commercial assays are available to aid in the selection of breast cancer and metastatic gastric cancer patients for Herceptin therapy.  Users should refer to the package inserts of specific assay kits for information on the Intended Use, and the validation and performance of each

assay.  Limitations in assay precision make it inadvisable to rely on a single method to rule out potential Herceptin benefit.

Treatment outcomes for adjuvant breast cancer (Studies 2 and 3) and for metastatic breast cancer (Study 5) as a function of IHC and FISH testing are provided in Tables 8 and 10.

Assessment of HER2 protein overexpression and HER2 gene amplification in metastatic gastric cancer should be performed using FDA-approved tests specifically for gastric cancers due to differences in gastric vs. breast histopathology, including incomplete membrane staining and more frequent heterogeneous expression of HER2 seen in gastric cancers. Study 7 demonstrated that gene amplification and protein overexpression were not as well correlated as with breast cancer. Treatment outcomes for metastatic gastric cancer (Study 7), based on HER2 gene amplification (FISH) and HER2 protein overexpression (IHC) test results are provided in Table 12.

**5.6 Embryo-Fetal Toxicity**

Herceptin can cause fetal harm when administered to a pregnant woman. Post-marketing case reports suggest that Herceptin use during pregnancy increases the risk of oligohydramnios during the second and third trimesters. If Herceptin is used during pregnancy or if a woman becomes pregnant while taking Herceptin, she should be apprised of the potential hazard to a fetus. [*see Use in Specific Populations (8.1)*].

# 6   ADVERSE REACTIONS

The following adverse reactions are discussed in greater detail in other sections of the label:

- Cardiomyopathy [*see Warnings and Precautions (5.1)*]
- Infusion reactions [*see Warnings and Precautions (5.2)*]
- Exacerbation of chemotherapy-induced neutropenia [*see Warnings and Precautions (5.3)*]
- Pulmonary toxicity [*see Warnings and Precautions (5.4)*]

The most common adverse reactions in patients receiving Herceptin in the adjuvant and metastatic breast cancer setting are fever, nausea, vomiting, infusion reactions, diarrhea, infections, increased cough, headache, fatigue, dyspnea, rash, neutropenia, anemia, and myalgia.  Adverse reactions requiring interruption or discontinuation of Herceptin treatment include CHF, significant decline in left ventricular cardiac function, severe infusion reactions, and pulmonary toxicity [*see Dosage and Administration (2.2)*].

In the metastatic gastric cancer setting, the most common adverse reactions ($\geq 10\%$) that were increased ($\geq 5\%$ difference) in the Herceptin arm as compared to the chemotherapy alone arm were neutropenia, diarrhea, fatigue, anemia, stomatitis, weight loss, upper respiratory tract infections, fever, thrombocytopenia, mucosal inflammation, nasopharyngitis, and dysgeusia.  The most common adverse reactions which resulted in discontinuation of treatment on the Herceptin-containing arm in the absence of disease progression were infection, diarrhea, and febrile neutropenia.

**6.1   Clinical Trials Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

*Adjuvant Breast Cancer Studies*

The data below reflect exposure to Herceptin across three randomized, open-label studies, Studies 1, 2, and 3, with (n= 3355) or without (n= 3308) trastuzumab in the adjuvant treatment of breast cancer.

248      The data summarized in Table 3 below, from Study 3, reflect exposure to Herceptin in
249    1678 patients; the median treatment duration was 51 weeks and median number of infusions was 18.
250    Among the 3386 patients enrolled in Study 3, the median age was 49 years (range: 21 to 80 years),
251    83% of patients were Caucasian, and 13% were Asian.
252

**Table 3**
Adverse Reactions for Study 3, All Grades[a]:

| Adverse Reaction | 1 Year Herceptin (n= 1678) | Observation (n=1708) |
|---|---|---|
| Cardiac | | |
| Hypertension | 64 (4%) | 35 (2%) |
| Dizziness | 60 (4%) | 29 (2%) |
| Ejection Fraction Decreased | 58 (3.5%) | 11 (0.6%) |
| Palpitations | 48 (3%) | 12 (0.7%) |
| Cardiac Arrhythmias[b] | 40 (3%) | 17 (1%) |
| Cardiac Failure Congestive | 30 (2%) | 5 (0.3%) |
| Cardiac Failure | 9 (0.5%) | 4 (0.2%) |
| Cardiac Disorder | 5 (0.3%) | 0 (0%) |
| Ventricular Dysfunction | 4 (0.2%) | 0 (0%) |
| | | |
| Respiratory Thoracic Mediastinal Disorders | | |
| Cough | 81 (5%) | 34 (2%) |
| Influenza | 70 (4%) | 9 (0.5%) |
| Dyspnea | 57 (3%) | 26 (2%) |
| URI | 46 (3%) | 20 (1%) |
| Rhinitis | 36 (2%) | 6 (0.4%) |
| Pharyngolaryngeal Pain | 32 (2%) | 8 (0.5%) |
| Sinusitis | 26 (2%) | 5 (0.3%) |
| Epistaxis | 25 (2%) | 1 (0.06%) |
| Pulmonary Hypertension | 4 (0.2%) | 0 (0%) |
| Interstitial Pneumonitis | 4 (0.2%) | 0 (0%) |
| | | |
| Gastrointestinal Disorders | | |
| Diarrhea | 123 (7%) | 16 (1%) |
| Nausea | 108 (6%) | 19 (1%) |
| Vomiting | 58 (3.5%) | 10 (0.6%) |
| Constipation | 33 (2%) | 17 (1%) |
| Dyspepsia | 30 (2%) | 9 (0.5%) |
| Upper Abdominal Pain | 29 (2%) | 15 (1%) |
| | | |
| Musculoskeletal & Connective Tissue Disorders | | |
| Arthralgia | 137 (8%) | 98 (6%) |
| Back Pain | 91 (5%) | 58 (3%) |
| Myalgia | 63 (4%) | 17 (1%) |
| Bone Pain | 49 (3%) | 26 (2%) |
| Muscle Spasm | 46 (3%) | 3 (0.2%) |
| | | |
| Nervous System Disorders | | |
| Headache | 162 (10%) | 49 (3%) |
| Paraesthesia | 29 (2%) | 11 (0.6%) |
| | | |
| Skin & Subcutaneous Tissue Disorders | | |
| Rash | 70 (4%) | 10 (.6%) |
| Nail Disorders | 43 (2%) | 0 (0%) |
| Pruritis | 40 (2%) | 10 (0.6%) |

253

**Table 3 (cont'd)**
Adverse Reactions for Study 3, All Grades[a]:

| Adverse Reaction | 1 Year Herceptin (n= 1678) | Observation (n=1708) |
|---|---|---|
| General Disorders | | |
| Pyrexia | 100 (6%) | 6 (0.4%) |
| Edema Peripheral | 79 (5%) | 37 (2%) |
| Chills | 85 (5%) | 0 (0%) |
| Aesthenia | 75 (4.5%) | 30 (2%) |
| Influenza-like Illness | 40 (2%) | 3 (0.2%) |
| Sudden Death | 1 (.06%) | 0 (0%) |
| Infections | | |
| Nasopharyngitis | 135 (8%) | 43 (3%) |
| UTI | 39 (3%) | 13 (0.8%) |
| Immune System Disorders | | |
| Hypersensitivity | 10 (0.6%) | 1 (0.06%) |
| Autoimmune Thyroiditis | 4 (0.3%) | 0 (0%) |

[a] The incidence of Grade 3/4 adverse reactions was <1% in both arms for each listed term.
[b] Higher level grouping term.

The data from Studies 1 and 2 were obtained from 3206 patients, of whom 1635 received Herceptin; the median treatment duration was 50 weeks. The median age was 49 years (range: 24−80); 84% of patients were White, 7% Black, 4% Hispanic, and 4% Asian.

In Study 1, only Grade 3−5 adverse events, treatment-related Grade 2 events, and Grade 2−5 dyspnea were collected during and for up to 3 months following protocol-specified treatment. The following non-cardiac adverse reactions of Grade 2−5 occurred at an incidence of at least 2% greater among patients randomized to Herceptin plus chemotherapy as compared to chemotherapy alone: arthralgia (31% vs. 28%), fatigue (28% vs. 22%), infection (22% vs. 14%), hot flashes (17% vs. 15%), anemia (13% vs. 7%), dyspnea (12% vs. 4%), rash/desquamation (11% vs. 7%), neutropenia (7% vs. 5%), headache (6% vs. 4%), and insomnia (3.7% vs. 1.5%). The majority of these events were Grade 2 in severity.

In Study 2, data collection was limited to the following investigator-attributed treatment-related adverse reactions NCI-CTC Grade 4 and 5 hematologic toxicities, Grade 3−5 non-hematologic toxicities, selected Grade 2−5 toxicities associated with taxanes (myalgia, arthralgias, nail changes, motor neuropathy, sensory neuropathy) and Grade 1−5 cardiac toxicities occurring during chemotherapy and/or Herceptin treatment. The following non-cardiac adverse reactions of Grade 2−5 occurred at an incidence of at least 2% greater among patients randomized to Herceptin plus chemotherapy as compared to chemotherapy alone: arthralgia (11% vs. 8.4%), myalgia (10% vs. 8%), nail changes (9% vs. 7%), and dyspnea (2.5% vs. 0.1%). The majority of these events were Grade 2 in severity.

Safety data from Study 4 reflect exposure to Herceptin as part of an adjuvant treatment regimen from 2124 patients receiving at least one dose of study treatment [AC-TH: n = 1068; TCH: n=1056]. The overall median treatment duration was 54 weeks in both the AC-TH and TCH arms. The median number of infusions was 26 in the AC-TH arm and 30 in the TCH arm, including weekly infusions during the chemotherapy phase and every three week dosing in the monotherapy period. Among these patients, the median age was 49 years (range 22 to 74 years). In Study 4, the

281  toxicity profile was similar to that reported in Studies 1, 2, and 3 with the exception of a low
282  incidence of CHF in the TCH arm.
283  *Metastatic Breast Cancer Studies*
284      The data below reflect exposure to Herceptin in one randomized, open-label study, Study 5, of
285  chemotherapy with (n=235) or without (n=234) trastuzumab in patients with metastatic breast
286  cancer, and one single-arm study (Study 6; n=222) in patients with metastatic breast cancer.  Data in
287  Table 4 are based on Studies 5 and 6.
288      Among the 464 patients treated in Study 5, the median age was 52 years (range: 25−77 years).
289  Eighty-nine percent were White, 5% Black, 1% Asian and 5% other racial/ethnic groups.
290  All patients received 4 mg/kg initial dose of Herceptin followed by 2 mg/kg weekly.  The
291  percentages of patients who received Herceptin treatment for ≥ 6 months and ≥ 12 months were 58%
292  and 9%, respectively.
293      Among the 352 patients treated in single agent studies (213 patients from Study 6), the median
294  age was 50 years (range 28−86 years),  86% were White, 3% were Black, 3% were Asian, and 8% in
295  other racial/ethnic groups.  Most of the patients received 4 mg/kg initial dose of Herceptin followed
296  by 2 mg/kg weekly.  The percentages of patients who received Herceptin treatment for ≥ 6 months
297  and ≥ 12 months were 31% and 16%, respectively.
298

**Table 4**

Per-Patient Incidence of Adverse Reactions Occurring in ≥ 5% of Patients in
Uncontrolled Studies or at Increased Incidence in the Herceptin Arm (Studies 5 and 6)

|  | Single Agent[a] n = 352 | Herceptin + Paclitaxel n = 91 | Paclitaxel Alone n = 95 | Herceptin + AC[b] n = 143 | AC[b] Alone n = 135 |
|---|---|---|---|---|---|
| Body as a Whole |  |  |  |  |  |
| Pain | 47% | 61% | 62% | 57% | 42% |
| Asthenia | 42% | 62% | 57% | 54% | 55% |
| Fever | 36% | 49% | 23% | 56% | 34% |
| Chills | 32% | 41% | 4% | 35% | 11% |
| Headache | 26% | 36% | 28% | 44% | 31% |
| Abdominal pain | 22% | 34% | 22% | 23% | 18% |
| Back pain | 22% | 34% | 30% | 27% | 15% |
| Infection | 20% | 47% | 27% | 47% | 31% |
| Flu syndrome | 10% | 12% | 5% | 12% | 6% |
| Accidental injury | 6% | 13% | 3% | 9% | 4% |
| Allergic reaction | 3% | 8% | 2% | 4% | 2% |
| Cardiovascular |  |  |  |  |  |
| Tachycardia | 5% | 12% | 4% | 10% | 5% |
| Congestive heart failure | 7% | 11% | 1% | 28% | 7% |

299

**Table 4 (cont'd)**
Per-Patient Incidence of Adverse Reactions Occurring in ≥ 5% of Patients in
Uncontrolled Studies or at Increased Incidence in the Herceptin Arm (Studies 5 and 6)

| | Single Agent[a] n = 352 | Herceptin + Paclitaxel n = 91 | Paclitaxel Alone n = 95 | Herceptin + AC[b] n = 143 | AC[b] Alone n = 135 |
|---|---|---|---|---|---|
| Digestive | | | | | |
| Nausea | 33% | 51% | 9% | 76% | 77% |
| Diarrhea | 25% | 45% | 29% | 45% | 26% |
| Vomiting | 23% | 37% | 28% | 53% | 49% |
| Nausea and vomiting | 8% | 14% | 11% | 18% | 9% |
| Anorexia | 14% | 24% | 16% | 31% | 26% |
| Heme & Lymphatic | | | | | |
| Anemia | 4% | 14% | 9% | 36% | 26% |
| Leukopenia | 3% | 24% | 17% | 52% | 34% |
| Metabolic | | | | | |
| Peripheral edema | 10% | 22% | 20% | 20% | 17% |
| Edema | 8% | 10% | 8% | 11% | 5% |
| Musculoskeletal | | | | | |
| Bone pain | 7% | 24% | 18% | 7% | 7% |
| Arthralgia | 6% | 37% | 21% | 8% | 9% |
| Nervous | | | | | |
| Insomnia | 14% | 25% | 13% | 29% | 15% |
| Dizziness | 13% | 22% | 24% | 24% | 18% |
| Paresthesia | 9% | 48% | 39% | 17% | 11% |
| Depression | 6% | 12% | 13% | 20% | 12% |
| Peripheral neuritis | 2% | 23% | 16% | 2% | 2% |
| Neuropathy | 1% | 13% | 5% | 4% | 4% |
| Respiratory | | | | | |
| Cough increased | 26% | 41% | 22% | 43% | 29% |
| Dyspnea | 22% | 27% | 26% | 42% | 25% |
| Rhinitis | 14% | 22% | 5% | 22% | 16% |
| Pharyngitis | 12% | 22% | 14% | 30% | 18% |
| Sinusitis | 9% | 21% | 7% | 13% | 6% |
| Skin | | | | | |
| Rash | 18% | 38% | 18% | 27% | 17% |
| Herpes simplex | 2% | 12% | 3% | 7% | 9% |
| Acne | 2% | 11% | 3% | 3% | < 1% |
| Urogenital | | | | | |
| Urinary tract infection | 5% | 18% | 14% | 13% | 7% |

[a] Data for Herceptin single agent were from 4 studies, including 213 patients from Study 6.
[b] Anthracycline (doxorubicin or epirubicin) and cyclophosphamide.

300

301    *Metastatic Gastric Cancer*

302        The data below are based on the exposure of 294 patients to Herceptin in combination with a

303    fluoropyrimidine (capecitabine or 5-FU) and cisplatin (Study 7).  In the Herceptin plus

304    chemotherapy arm, the initial dose of Herceptin 8 mg/kg was administered on Day 1 (prior to
305    chemotherapy) followed by 6 mg/kg every 21 days until disease progression. Cisplatin was
306    administered at 80 mg/m$^2$ on Day 1 and the fluoropyrimidine was administered as either
307    capecitabine 1000 mg/m$^2$ orally twice a day on Days 1-14 or 5-fluorouracil 800 mg/m$^2$/day as a
308    continuous intravenous infusion Days 1 through 5. Chemotherapy was administered for six 21-day
309    cycles. Median duration of Herceptin treatment was 21 weeks; median number of Herceptin
310    infusions administered was eight.
311

**Table 5**
Study 7: Per Patient Incidence of Adverse Reactions of All Grades
(Incidence ≥5% between Arms) or Grade 3 /4 (Incidence >1% between Arms)
and Higher Incidence in Herceptin Arm

| Body System/Adverse Event | Herceptin +FC (N = 294) N (%) | | FC (N = 290) N (%) | |
| --- | --- | --- | --- | --- |
| | All Grades | Grades 3/4 | All Grades | Grades 3/4 |
| Investigations | | | | |
| Neutropenia | 230 (78) | 101 (34) | 212 (73) | 83 (29) |
| Hypokalemia | 83 (28) | 28 (10) | 69 (24) | 16 (6) |
| Anemia | 81 (28) | 36 (12) | 61 (21) | 30 (10) |
| Thrombocytopenia | 47 (16) | 14 (5) | 33 (11) | 8 (3) |
| Blood And Lymphatic System Disorders | | | | |
| Febrile Neutropenia | — | 15 ( 5) | — | 8 (3) |
| Gastrointestinal Disorders | | | | |
| Diarrhea | 109 (37) | 27 (9) | 80 (28) | 11 (4) |
| Stomatitis | 72 (24) | 2 (1) | 43 (15) | 6 (2) |
| Dysphagia | 19 (6) | 7 (2) | 10 (3) | 1 (≤1) |
| Body as a Whole | | | | |
| Fatigue | 102 (35) | 12 (4) | 82 (28) | 7 ( 2) |
| Fever | 54 (18) | 3 (1) | 36 (12) | 0 (0) |
| Mucosal Inflammation | 37 (13) | 6 (2) | 18 (6) | 2 (1) |
| Chills | 23 (8) | 1 (≤1) | 0 (0) | 0 (0) |
| Metabolism And Nutrition Disorders | | | | |
| Weight Decrease | 69 (23) | 6 (2) | 40 (14) | 7 (2) |
| Infections And Infestations | | | | |
| Upper Respiratory Tract Infections | 56 (19) | 0 (0) | 29 (10) | 0 (0) |
| Nasopharyngitis | 37 (13) | 0 (0) | 17 (6) | 0 (0) |
| Renal And Urinary Disorders | | | | |
| Renal Failure and Impairment | 53 (18) | 8 (3) | 42 (15) | 5 (2) |
| Nervous System Disorders | | | | |
| Dysgeusia | 28 (10) | 0 (0) | 14 (5) | 0 (0) |

312

313 The following subsections provide additional detail regarding adverse reactions observed in clinical
314 trials of adjuvant breast, metastatic breast cancer, metastatic gastric cancer, or post-marketing
315 experience.

316 *Cardiomyopathy*

317 Serial measurement of cardiac function (LVEF) was obtained in clinical trials in the adjuvant
318 treatment of breast cancer.  In Study 3, the median duration of follow-up was 12.6 months
319 (12.4 months in the observation arm; 12.6 months in the 1-year Herceptin arm); and in Studies 1 and
320 2, 23 months in the AC-T arm, 24 months in the AC-TH arm.  In Studies 1 and 2, 6% of patients
321 were not permitted to initiate Herceptin following completion of AC chemotherapy due to cardiac
322 dysfunction (LVEF < 50% or ≥ 15 point decline in LVEF from baseline to end of AC).  Following
323 initiation of Herceptin therapy, the incidence of new-onset dose-limiting myocardial dysfunction was
324 higher among patients receiving Herceptin and paclitaxel as compared to those receiving paclitaxel
325 alone in Studies 1 and 2, and in patients receiving Herceptin monotherapy compared to observation
326 in Study 3 (see Table 6, Figures 1 and 2).
327

**Table 6[a]**
Per-patient Incidence of New Onset
Myocardial Dysfunction (by LVEF) Studies 1, 2, 3 and 4

| | LVEF <50% and Absolute Decrease from Baseline | | | Absolute LVEF Decrease | |
|---|---|---|---|---|---|
| | LVEF <50% | ≥10% decrease | ≥16% decrease | <20% and ≥10% | ≥20% |
| **Studies 1 & 2[b]** | | | | | |
| AC→TH (n=1606) | 22.8% (366) | 18.3% (294) | 11.7% (188) | 33.4% (536) | 9.2% (148) |
| AC→T (n=1488) | 9.1% (136) | 5.4% (81) | 2.2% (33) | 18.3% (272) | 2.4% (36) |
| **Study 3** | | | | | |
| Herceptin (n=1678) | 8.6% (144) | 7.0% (118) | 3.8% (64) | 22.4% (376) | 3.5% (59) |
| Observation (n=1708) | 2.7% (46) | 2.0% (35) | 1.2% (20) | 11.9% (204) | 1.2% (21) |
| **Study 4[c]** | | | | | |
| TCH (n=1056) | 8.5% (90) | 5.9% (62) | 3.3% (35) | 34.5% (364) | 6.3% (67) |
| AC→TH (n=1068) | 17% (182) | 13.3% (142) | 9.8% (105) | 44.3% (473) | 13.2% (141) |
| AC→T (n=1050) | 9.5% (100) | 6.6% (69) | 3.3% (35) | 34% (357) | 5.5% (58) |

[a] For Studies 1, 2 and 3, events are counted from the beginning of Herceptin treatment.  For Study 4, events are counted from the date of randomization.

[b] Studies 1 and 2 regimens: doxorubicin and cyclophosphamide followed by paclitaxel (AC→T) or paclitaxel plus Herceptin (AC→TH).

[c] Study 4 regimens: doxorubicin and cyclophosphamide followed by docetaxel (AC→T) or docetaxel plus Herceptin (AC→TH); docetaxel and carboplatin plus Herceptin (TCH).

328

329
330
331
332

**Figure 1**
Studies 1 and 2:  Cumulative Incidence of Time to First LVEF
Decline of ≥ 10 Percentage Points from Baseline and to
Below 50% with Death as a Competing Risk Event



333
334   Time 0 is initiation of paclitaxel or Herceptin + paclitaxel therapy.
335

336
337
338
339

**Figure 2**
Study 3:  Cumulative Incidence of Time to First LVEF
Decline of ≥ 10 Percentage Points from Baseline and to
Below 50% with Death as a Competing Risk Event



340
341   Time 0 is the date of randomization.
342

343
344
345
346

**Figure 3**
Study 4:  Cumulative Incidence of Time to First LVEF
Decline of ≥ 10 Percentage Points from Baseline and to
Below 50% with Death as a Competing Risk Event



347
348   Time 0 is the date of randomization.
349

350    The incidence of treatment emergent congestive heart failure among patients in the metastatic
351   breast cancer trials was classified for severity using the New York Heart Association classification
352   system (I–IV, where IV is the most severe level of cardiac failure) (see Table 2).  In the metastatic
353   breast cancer trials the probability of cardiac dysfunction was highest in patients who received
354   Herceptin concurrently with anthracyclines.
355    In Study 7, 5.0% of patients in the Herceptin plus chemotherapy arm compared to 1.1% of
356   patients in the chemotherapy alone arm had LVEF value below 50% with a ≥10% absolute decrease
357   in LVEF from pretreatment values.

358
359   *Infusion Reactions*
360    During the first infusion with Herceptin, the symptoms most commonly reported were chills and
361   fever, occurring in approximately 40% of patients in clinical trials.  Symptoms were treated with
362   acetaminophen, diphenhydramine, and meperidine (with or without reduction in the rate of
363   Herceptin infusion); permanent discontinuation of Herceptin for infusional toxicity was required in
364   <1% of patients.  Other signs and/or symptoms may include nausea, vomiting, pain (in some cases at
365   tumor sites), rigors, headache, dizziness, dyspnea, hypotension, elevated blood pressure, rash, and
366   asthenia.  Infusional toxicity occurred in 21% and 35% of patients, and was severe in 1.4% and 9%
367   of patients, on second or subsequent Herceptin infusions administered as monotherapy or in
368   combination with chemotherapy, respectively.  In the post-marketing setting, severe infusion
369   reactions, including hypersensitivity, anaphylaxis, and angioedema have been reported.

370
371   *Anemia*
372    In randomized controlled clinical trials, the overall incidence of anemia (30% vs. 21% [Study 5]),
373   of selected NCI-CTC Grade 2-5 anemia (12.5% vs. 6.6% [Study 1]), and of anemia requiring
374   transfusions (0.1% vs. 0 patients [Study 2]) were increased in patients receiving Herceptin and

chemotherapy compared with those receiving chemotherapy alone.  Following the administration of Herceptin as a single agent (Study 6), the incidence of NCI-CTC Grade 3 anemia was < 1%.  In Study 7 (metastatic gastric cancer) on the Herceptin containing arm as compared to the chemotherapy alone arm the overall incidence of anemia was 28% compared 21% and of NCI CTC Grade 3/4 anemia was 12.2% compared to 10.3%.

*Neutropenia*

In randomized controlled clinical trials in the adjuvant setting, the incidence of selected NCI-CTC Grade 4−5 neutropenia (2% vs. 0.7% [Study 2]) and of selected Grade 2−5 neutropenia (7.1% vs. 4.5% [Study 1]) were increased in patients receiving Herceptin and chemotherapy compared with those receiving chemotherapy alone.  In a randomized, controlled trial in patients with metastatic breast cancer, the incidences of NCI-CTC Grade 3/4 neutropenia (32% vs. 22%) and of febrile neutropenia (23% vs. 17%) were also increased in patients randomized to Herceptin in combination with myelosuppressive chemotherapy as compared to chemotherapy alone.  In Study 7 (metastatic gastric cancer) on the Herceptin containing arm as compared to the chemotherapy alone arm, the incidence of NCI CTC Grade 3/4 neutropenia was 36.8% compared to 28.9%; febrile neutropenia 5.1% compared to 2.8%.

*Infection*

The overall incidences of infection (46% vs. 30% [Study 5]), of selected NCI-CTC Grade 2−5 infection/febrile neutropenia (22% vs. 14% [Study 1]) and of selected Grade 3−5 infection/febrile neutropenia (3.3% vs. 1.4%) [Study 2]), were higher in patients receiving Herceptin and chemotherapy compared with those receiving chemotherapy alone.  The most common site of infections in the adjuvant setting involved the upper respiratory tract, skin, and urinary tract.

In Study 4, the overall incidence of infection was higher with the addition of Herceptin to AC-T but not to TCH [44% (AC-TH), 37% (TCH), 38% (AC-T)].  The incidences of NCI-CTC Grade 3−4 infection were similar [25% (AC-TH), 21% (TCH), 23% (AC-T)] across the three arms.

In a randomized, controlled trial in treatment of metastatic breast cancer, the reported incidence of febrile neutropenia was higher (23% vs. 17%) in patients receiving Herceptin in combination with myelosuppressive chemotherapy as compared to chemotherapy alone.

*Pulmonary Toxicity*
Adjuvant Breast Cancer

Among women receiving adjuvant therapy for breast cancer, the incidence of selected NCI-CTC Grade 2−5 pulmonary toxicity (14% vs. 5% [Study 1]) and of selected NCI-CTC Grade 3−5 pulmonary toxicity and spontaneous reported Grade 2 dyspnea (3.4 % vs. 1% [Study 2]) was higher in patients receiving Herceptin and chemotherapy compared with chemotherapy alone.  The most common pulmonary toxicity was dyspnea (NCI-CTC Grade 2−5:  12% vs. 4% [Study 1]; NCI-CTC Grade 2−5:  2.5% vs. 0.1% [Study 2]).

Pneumonitis/pulmonary infiltrates occurred in 0.7% of patients receiving Herceptin compared with 0.3% of those receiving chemotherapy alone.  Fatal respiratory failure occurred in 3 patients receiving Herceptin, one as a component of multi-organ system failure, as compared to 1 patient receiving chemotherapy alone.

In Study 3, there were 4 cases of interstitial pneumonitis in Herceptin-treated patients compared to none in the control arm.
Metastatic Breast Cancer

Among women receiving Herceptin for treatment of metastatic breast cancer, the incidence of pulmonary toxicity was also increased.  Pulmonary adverse events have been reported in the

423 post-marketing experience as part of the symptom complex of infusion reactions.  Pulmonary events
424 include bronchospasm, hypoxia, dyspnea, pulmonary infiltrates, pleural effusions, non-cardiogenic
425 pulmonary edema, and acute respiratory distress syndrome.  For a detailed description, see *Warnings*
426 *and Precautions (5.4)*.

427 *Thrombosis/Embolism*
428   In 4 randomized, controlled clinical trials, the incidence of thrombotic adverse events was higher
429 in patients receiving Herceptin and chemotherapy compared to chemotherapy alone in three studies
430 (3.0% vs. 1.3% [Study 1], 2.5% and 3.7% vs. 2.2%  [Study 4] and 2.1% vs. 0% [Study 5]).

431 *Diarrhea*
432   Among women receiving adjuvant therapy for breast cancer, the incidence of NCI-CTC
433 Grade 2−5 diarrhea (6.2% vs. 4.8% [Study 1]) and of NCI-CTC Grade 3−5 diarrhea (1.6% vs. 0%
434 [Study 2]), and of Grade 1−4 diarrhea (7% vs. 1% [Study 3]) were higher in patients receiving
435 Herceptin as compared to controls.  In Study 4, the incidence of Grade 3−4 diarrhea was higher
436 [5.7% AC-TH, 5.5% TCH vs. 3.0% AC-T] and of Grade 1−4 was higher [51% AC-TH, 63% TCH
437 vs. 43% AC-T] among women receiving Herceptin.  Of patients receiving Herceptin as a single
438 agent for the treatment of metastatic breast cancer, 25% experienced diarrhea.  An increased
439 incidence of diarrhea was observed in patients receiving Herceptin in combination with
440 chemotherapy for treatment of metastatic breast cancer.

441 *Renal Toxicity*
442   In Study 7 (metastatic gastric cancer) on the Herceptin-containing arm as compared to the
443 chemotherapy alone arm the incidence of renal impairment was 18% compared to 14.5%.  Severe
444 (Grade 3/4) renal failure was 2.7% on the Herceptin-containing arm compared to 1.7% on the
445 chemotherapy only arm.  Treatment discontinuation for renal insufficiency/failure was 2% on the
446 Herceptin-containing arm and 0.3% on the chemotherapy only arm.

447   In the postmarketing setting, rare cases of nephrotic syndrome with pathologic evidence of
448 glomerulopathy have been reported.  The time to onset ranged from 4 months to approximately
449 18 months from initiation of Herceptin therapy.  Pathologic findings included membranous
450 glomerulonephritis, focal glomerulosclerosis, and fibrillary glomerulonephritis.  Complications
451 included volume overload and congestive heart failure.

452 **6.2   Immunogenicity**
453   As with all therapeutic proteins, there is a potential for immunogenicity.  Among 903 women with
454 metastatic breast cancer, human anti-human antibody (HAHA) to Herceptin was detected in one
455 patient using an enzyme-linked immunosorbent assay (ELISA).  This patient did not experience an
456 allergic reaction.  Samples for assessment of HAHA were not collected in studies of adjuvant breast
457 cancer.

458   The incidence of antibody formation is highly dependent on the sensitivity and the specificity of
459 the assay.  Additionally, the observed incidence of antibody (including neutralizing antibody)
460 positivity in an assay may be influenced by several factors including assay methodology, sample
461 handling, timing of sample collection, concomitant medications, and underlying disease.  For these
462 reasons, comparison of the incidence of antibodies to Herceptin with the incidence of antibodies to
463 other products may be misleading.

464 **6.3   Post-Marketing Experience**
465   The following adverse reactions have been identified during post approval use of Herceptin.
466 Because these reactions are reported voluntarily from a population of uncertain size, it is not always
467 possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

468   • Infusion reaction [*see Warnings and Precautions (5.2)*]
469   • Oligohydramnios [see Warnings and Precautions (5.6)]

470     • Glomerulopathy [*see Adverse Reactions (6.1)*]
471

## 7   DRUG INTERACTIONS

473    In Study 5, the mean serum trough concentration of trastuzumab was consistently elevated
474  approximately 1.5-fold, when administered in combination with paclitaxel as compared to trough
475  concentrations of trastuzumab when administered in combination with an anthracycline and
476  cyclophosphamide.
477    In other pharmacokinetic studies, where Herceptin was administered in combination with
478  paclitaxel, docetaxel or doxorubicin, Herceptin did not alter the plasma concentrations of these
479  chemotherapeutic agents, or the metabolites that were analyzed.  In a drug interaction substudy
480  conducted in patients in Study 7, the pharmacokinetics of cisplatin, capecitabine and their
481  metabolites were not altered when administered in combination with Herceptin.
482

## 8   USE IN SPECIFIC POPULATIONS

### 8.1  Pregnancy: Category D [*see Warnings and Precautions (5.6)*]

485    Herceptin can cause fetal harm when administered to a pregnant woman. Post-marketing case
486  reports suggest that Herceptin use during pregnancy increases the risk for oligohydramnios during
487  the second and third trimester. If Herceptin is used during pregnancy or if a woman becomes
488  pregnant while taking Herceptin, she should be apprised of the potential hazard to a fetus.
489    In the postmarketing setting, oligohydramnios was reported in women who received Herceptin
490  during pregnancy, either alone or in combination with chemotherapy. In half of these women,
491  amniotic fluid index increased after Herceptin was stopped. In one case, Herceptin was resumed
492  after the amniotic fluid index improved, and oligohydramnios recurred.
493    Women using Herceptin during pregnancy should be monitored for oligohydramnios. If
494  oligohydramnios occurs, fetal testing should be done that is appropriate for gestational age and
495  consistent with community standards of care. Additional intravenous (IV) hydration has been helpful
496  when oligohydramnios has occurred following administration of other chemotherapy agents,
497  however the effects of additional IV hydration with Herceptin treatment are not known.
498    No teratogenic effects were observed in offspring from reproduction studies in cynomolgus
499  monkeys at doses up to 25 times the recommended weekly human dose of 2 mg/kg trastuzumab. In
500  mutant mice lacking HER2, embryos died in early gestation. Trastuzumab exposure was reported at
501  delivery in offspring of cynomolgus monkeys treated during the early (Days 20-50 of gestation) or
502  late (Days 120-150 of gestation) fetal development periods, at levels of 15 to 28% of the maternal
503  blood levels.
504  *Registry*
505    Pregnant women with breast cancer who are using Herceptin are encouraged to enroll in MotHER-
506  the Herceptin Pregnancy Registry: phone 1-800-690-6720.
507

### 8.3  Nursing Mothers

509    It is not known whether Herceptin is excreted in human milk, but human IgG is excreted in human
510  milk.  Published data suggest that breast milk antibodies do not enter the neonatal and infant
511  circulation in substantial amounts.
512    Trastuzumab was present in the breast milk of lactating cynomolgus monkeys given 12.5 times
513  the recommended weekly human dose of 2 mg/kg of Herceptin.  Infant monkeys with detectable
514  serum levels of trastuzumab did not have any adverse effects on growth or development from birth
515  to 3 months of age; however, trastuzumab levels in animal breast milk may not accurately reflect
516  human breast milk levels.

Because many drugs are secreted in human milk and because of the potential for serious adverse reactions in nursing infants from Herceptin, a decision should be made whether to discontinue nursing, or discontinue drug, taking into account the elimination half-life of trastuzumab and the importance of the drug to the mother.

**8.4  Pediatric Use**

The safety and effectiveness of Herceptin in pediatric patients has not been established.

**8.5  Geriatric Use**

Herceptin has been administered to 386 patients who were 65 years of age or over (253 in the adjuvant treatment and 133 in metastatic breast cancer treatment settings).  The risk of cardiac dysfunction was increased in geriatric patients as compared to younger patients in both those receiving treatment for metastatic disease in Studies 5 and 6, or adjuvant therapy in Studies 1 and 2. Limitations in data collection and differences in study design of the 4 studies of Herceptin in adjuvant treatment of breast cancer preclude a determination of whether the toxicity profile of Herceptin in older patients is different from younger patients.  The reported clinical experience is not adequate to determine whether the efficacy improvements (ORR, TTP, OS, DFS) of Herceptin treatment in older patients is different from that observed in patients <65 years of age for metastatic disease and adjuvant treatment.

In Study 7 (metastatic gastric cancer), of the 294 patients treated with Herceptin 108 (37%) were 65 years of age or older, while 13 (4.4%) were 75 and over.  No overall differences in safety or effectiveness were observed.

# 10  OVERDOSAGE

There is no experience with overdosage in human clinical trials.  Single doses higher than 8 mg/kg have not been tested.

# 11  DESCRIPTION

Herceptin (trastuzumab) is a humanized IgG1 kappa monoclonal antibody that selectively binds with high affinity to the extracellular domain of the human epidermal growth factor receptor 2 protein, HER2.  Trastuzumab is produced by recombinant DNA technology in a mammalian cell (Chinese Hamster Ovary) culture containing the antibiotic gentamicin.  Gentamicin is not detectable in the final product.

Herceptin is a sterile, white to pale yellow, preservative-free lyophilized powder for intravenous administration.  Each multi-use vial of Herceptin contains 440 mg trastuzumab, 400 mg $\alpha,\alpha$-trehalose dihydrate, 9.9 mg L-histidine HCl, 6.4 mg L-histidine, and 1.8 mg polysorbate 20, USP.  Reconstitution with 20 mL of the appropriate diluent (BWFI or SWFI) yields a solution containing 21 mg/mL trastuzumab, at a pH of approximately 6.

# 12  CLINICAL PHARMACOLOGY

**12.1 Mechanism of Action**

The HER2 (or c-erbB2) proto-oncogene encodes a transmembrane receptor protein of 185 kDa, which is structurally related to the epidermal growth factor receptor.  Herceptin has been shown, in both *in vitro* assays and in animals, to inhibit the proliferation of human tumor cells that overexpress HER2.

Herceptin is a mediator of antibody-dependent cellular cytotoxicity (ADCC).  *In vitro*, Herceptin-mediated ADCC has been shown to be preferentially exerted on HER2 overexpressing cancer cells compared with cancer cells that do not overexpress HER2.

## 12.2 Pharmacokinetics

The pharmacokinetics of trastuzumab were studied in women with metastatic breast cancer.  Short duration intravenous infusions of 10 to 500 mg Herceptin once weekly demonstrated dose-dependent pharmacokinetics.  Mean half-life increased and clearance decreased with increasing dose level.  The half-life averaged 2 and 12 days at the 10 and 500 mg dose levels, respectively.  The volume of distribution of trastuzumab was approximately that of serum volume (44 mL/kg).  At the highest weekly dose studied (500 mg), mean peak serum concentrations were 377 mcg/mL.

In studies using an initial dose of 4 mg/kg followed by a weekly dose of 2 mg/kg, a mean half-life of 6 days (range 1–32 days) was observed.  Between weeks 16 and 32, trastuzumab serum concentrations reached a steady state with mean trough and peak concentrations of approximately 79 mcg/mL and 123 mcg/mL, respectively.

In a study of women receiving adjuvant therapy for breast cancer, a mean half-life of trastuzumab of 16 days (range: 11–23 days) was observed after an initial dose of 8 mg/kg followed by a dose of 6 mg/kg every three weeks.  Between weeks 6 and 37, trastuzumab serum concentrations reached a steady-state with mean trough and peak concentrations of 63 mcg/mL and 216 mcg/mL, respectively.

In patients with metastatic gastric cancer (Study 7), mean serum trastuzumab trough concentrations at steady state were 24 to 63% lower as compared to the concentrations observed in patients with breast cancer receiving treatment for metastatic disease in combination with paclitaxel, as monotherapy for metastatic disease, or as adjuvant monotherapy.

Sixty-four percent (286/447) of women with metastatic breast cancer had detectable circulating extracellular domain of the HER2 receptor (shed antigen), which ranged as high as 1880 ng/mL (median 11 ng/mL).  Patients with higher baseline shed antigen levels were more likely to have lower serum trough concentrations.

Data suggest that the disposition of trastuzumab is not altered based on age or serum creatinine ($\leq$2.0 mg creatinine/dL).

## 13  NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Herceptin has not been tested for carcinogenic potential.

No evidence of mutagenic activity was observed when trastuzumab was tested in the standard Ames bacterial and human peripheral blood lymphocyte mutagenicity assays, at concentrations of up to 5000 mcg/mL.  In an *in vivo* micronucleus assay, no evidence of chromosomal damage to mouse bone marrow cells was observed following bolus intravenous doses of up to 118 mg/kg Herceptin.

A fertility study conducted in female cynomolgus monkeys at doses up to 25 times the weekly recommended human dose of 2 mg/kg trastuzumab and has revealed no evidence of impaired fertility, as measured by menstrual cycle duration and female sex hormone levels.  Studies to evaluate the effects of trastuzumab on male fertility have not been conducted.

### 13.2 Animal Toxicology and/or Pharmacology

*Reproductive Toxicology Studies*

Reproductive toxicology studies have been conducted in cynomolgus monkeys at doses up to 25 times the weekly recommended human dose of 2 mg/kg Herceptin and have revealed no evidence of impaired fertility or harm to the fetus. However, HER2 protein expression is high in many embryonic tissues including cardiac and neural tissues; in mutant mice lacking HER2, embryos died in early gestation. Placental transfer of trastuzumab was detected at Caesarean section in offspring from pregnant cynomolgus monkeys dosed during the early (Days 20–50 of gestation) or late (Days 120–150 of gestation) fetal development periods.

## 14   CLINICAL STUDIES

### 14.1 Adjuvant Breast Cancer

The safety and efficacy of Herceptin in women receiving adjuvant chemotherapy for HER2 overexpressing breast cancer, were evaluated in an integrated analysis of two randomized, open-label, clinical trials (Studies 1 and 2) with a total of 3752 women, a third randomized, open-label, clinical trial (Study 3) with a total of 3386 women, and a fourth randomized, open-label clinical trial with a total of 3222 patients (Study 4).

*Studies 1 and 2*

In Studies 1 and 2, breast tumor specimens were required to show HER2 overexpression (3+ by IHC) or gene amplification (by FISH).  HER2 testing was verified by a central laboratory prior to randomization (Study 2) or was required to be performed at a reference laboratory (Study 1). Patients with a history of active cardiac disease based on symptoms, abnormal electrocardiographic, radiologic, or left ventricular ejection fraction findings or uncontrolled hypertension (diastolic > 100 mmHg or systolic > 200 mmHg) were not eligible.

Patients were randomized (1:1) to receive doxorubicin and cyclophosphamide followed by paclitaxel (AC→paclitaxel) alone or paclitaxel plus Herceptin (AC→paclitaxel + Herceptin). In both trials, patients received four 21-day cycles of doxorubicin 60 mg/m$^2$ and cyclophosphamide 600 mg/m$^2$.  Paclitaxel was administered either weekly (80 mg/m$^2$) or every 3 weeks (175 mg/m$^2$) for a total of 12 weeks in Study 1; paclitaxel was administered only by the weekly schedule in Study 2.  Herceptin was administered at 4 mg/kg on the day of initiation of paclitaxel and then at a dose of 2 mg/kg weekly for a total of 52 weeks.  Herceptin treatment was permanently discontinued in patients who developed congestive heart failure, or persistent/recurrent LVEF decline [*see Dosage and Administration (2.2)*].  Radiation therapy, if administered, was initiated after the completion of chemotherapy.  Patients with ER+ and/or PR+ tumors received hormonal therapy.  Disease-free survival (DFS), defined as the time from randomization to recurrence, occurrence of contralateral breast cancer, other second primary cancer, or death, was the main outcome measure of the combined efficacy analysis.

A total of 3752 patients were included in the efficacy analyses.  The data from both arms in Study 1 and two of the three study arms in Study 2 were pooled for efficacy analyses.   Of these patients, the median age was 49 years (range, 22−80 years; 6%  > 65 years), 84% were white, 7% black, 4% Hispanic, and 4% Asian/Pacific Islander.  Disease characteristics included 90% infiltrating ductal histology, 38% T1, 91% nodal involvement, 27% intermediate and 66% high grade pathology, and 53% ER+ and/or PR+ tumors.  At the time of randomization 53% of the population were to receive paclitaxel on a weekly regimen, and the remainder were to receive a q3 week schedule of paclitaxel.

*Study 3*

In Study 3, breast tumor specimens were required to show HER2 overexpression (3+ by IHC) or gene amplification (by FISH) as determined at a central laboratory.  Patients with node-negative disease were required to have ≥ T1c primary tumor.  Patients with a history of congestive heart failure or LVEF <55%, uncontrolled arrhythmias, angina requiring medication, clinically significant valvular heart disease, evidence of transmural infarction on ECG, poorly controlled hypertension (systolic > 180 mm Hg or diastolic > 100 mm Hg) were not eligible.

Patients were randomized (1:1) upon completion of definitive surgery, and at least four cycles of chemotherapy to receive no additional treatment (n = 1693) or 1 year of Herceptin treatment (n = 1693).  Patients undergoing a lumpectomy had also completed standard radiotherapy.  Patients with ER+ and/or PgR+ disease received systemic adjuvant hormonal therapy at investigator

657  discretion.  Herceptin was administered with an initial dose of 8 mg/kg followed by subsequent
658  doses of 6 mg/kg once every three weeks for a total of 52 weeks.  The main outcome measure was
659  disease-free survival (DFS), defined as in Studies 1 and 2.
660     Among the 3386 patients randomized to the two treatment arms, the median age was 49 years
661  (range 21−80), 83% were Caucasian, and 13% were Asian.  Disease characteristics:  94% infiltrating
662  ductal carcinoma, 50% ER+ and/or PgR+, 57% node positive, 32% node negative, and in 11% of
663  patients, nodal status was not assessable due to prior neo-adjuvant chemotherapy.
664  Ninety-six percent (1055/1098) of patients with node-negative disease had high-risk features:
665  among the 1098 patients with node-negative disease, 49% (543) were ER− and PgR−, and 47%
666  (512) were ER and/or PgR + and had at least one of the following high-risk features:  pathological
667  tumor size greater than 2 cm, Grade 2−3, or age < 35 years.  Prior to randomization, 94% of patients
668  had received anthracycline-based chemotherapy regimens.
669  *Study 4*
670     In Study 4, breast tumor specimens were required to show HER2 gene amplification (FISH+ only)
671  as determined at a central laboratory.  Patients were required to have either node-positive disease, or
672  node-negative disease with at least one of the following high-risk features:  ER/PR-negative, tumor
673  size > 2 cm, age < 35 years, or histologic and/or nuclear Grade 2 or 3.  Patients with a history of
674  CHF, myocardial infarction, Grade 3 or 4 cardiac arrhythmia, angina requiring medication, clinically
675  significant valvular heart disease, poorly controlled hypertension (diastolic > 100 mmHg), any T4 or
676  N2 or known N3 or M1 breast cancer were not eligible.
677     Patients were randomized (1:1:1) to receive doxorubicin and cyclophosphamide followed by
678  docetaxel (AC-T), doxorubicin and cyclophosphamide followed by docetaxel plus Herceptin
679  (AC-TH), or docetaxel and carboplatin plus Herceptin (TCH).  In both the AC-T and AC-TH arms,
680  doxorubicin 60 mg/m$^2$ and cyclophosphamide 600 mg/m$^2$ were administered every 3 weeks for
681  four cycles; docetaxel 100 mg/m$^2$ was administered every 3 weeks for four cycles.  In the TCH arm,
682  docetaxel 75 mg/m$^2$ and carboplatin (at a target AUC of 6 mg/mL/min as a 30- to 60-minute
683  infusion) were administered every 3 weeks for six cycles.  Herceptin was administered weekly
684  (initial dose of 4 mg/kg followed by weekly dose of 2 mg/kg) concurrently with either T or TC, and
685  then every 3 weeks (6 mg/kg) as monotherapy for a total of 52 weeks.  Radiation therapy, if
686  administered, was initiated after completion of chemotherapy.  Patients with ER+ and/or PR+ tumors
687  received hormonal therapy.  Disease-free survival (DFS) was the main outcome measure.
688     Among the 3222 patients randomized, the median age was 49 (range 22 to 74 years; 6%
689  ≥65 years).  Disease characteristics included 54% ER+ and/or PR+ and 71% node positive.  Prior to
690  randomization, all patients underwent primary surgery for breast cancer.
691

**Table 7**
Efficacy Results from Adjuvant Treatment of
Breast Cancer (Studies 1 + 2, Study 3, and Study 4)

| | DFS events | Hazard ratio (95% CI) p value | Deaths | Hazard ratio p value |
|---|---|---|---|---|
| Studies 1 + 2[e] | | | | |
| AC→TH (n=1872) | 133 | 0.48[a] (0.39, 0.59) p=< 0.0001[b] | 62 | 0.67 p=NS[d] |
| AC→T (n = 1880) | 261 | | 92 | |
| Study 3 | | | | |
| Chemo→ Herceptin (n =1693 ) | 127 | 0.54 (0.44, 0.67) p=< 0.0001[c] | 31 | 0.75 p=NS[d] |
| Chemo→ Observation (n = 1693) | 219 | | 40 | |
| Study 4[f] | | | | |
| TCH (n=1075) | 134 | 0.67 (0.54 – 0.84) p=0.0006[b,g] | 56 | |
| AC→TH (n=1074) | 121 | 0.60 (0.48 – 0.76) p=< 0.0001[b,g] | 49 | |
| AC→T (n=1073) | 180 | | 80 | |

CI = confidence interval.
 [a] Hazard ratio estimated by Cox regression stratified by clinical trial, intended paclitaxel schedule, number of positive nodes, and hormone receptor status.
 [b] stratified log-rank test.
 [c] log-rank test.
 [d] NS= non-significant.
 [e] Studies 1 and 2 regimens: doxorubicin and cyclophosphamide followed by paclitaxel (AC→T) or paclitaxel plus Herceptin (AC→TH).
 [f] Study 4 regimens: doxorubicin and cyclophosphamide followed by docetaxel (AC→T) or docetaxel plus Herceptin (AC→TH); docetaxel and carboplatin plus Herceptin (TCH).
 [g] A two-sided alpha level of 0.025 for each comparison.

692

693     The results for DFS for the integrated analysis of Studies 1 and 2, Study 3, and Study 4 are
694 presented in Table 7.  The duration of DFS for Studies 1 and 2 is presented in Figure 4, and the
695 duration of DFS for Study 4 is presented in Figure 5.  Across all four studies, there were insufficient
696 numbers of patients within each of the following subgroups to determine if the treatment effect was
697 different from that of the overall patient population: patients with low tumor grade, patients within
698 specific ethnic/racial subgroups (Black, Hispanic, Asian/Pacific Islander patients), and patients
699 >65 years of age.

700

701
702
703

**Figure 4**
Duration of Disease-Free Survival in
Patients with Adjuvant Treatment of Breast Cancer (Studies 1 and 2)



704
705

**Figure 5**

Duration of Disease-Free Survival in Patients with
Adjuvant Treatment of Breast Cancer (Study 4)



| Number at risk | | | | |
|---|---|---|---|---|
| AC ->T | 1073 | 971 | 802 | 417 | 103 |
| AC->TH | 1074 | 1023 | 885 | 457 | 126 |
| TCH | 1075 | 1018 | 877 | 447 | 126 |

AC=doxorubicin and cyclophosphamide; T=docetaxel; TCH=docetaxel, platinum salt, and Herceptin; TH=docetaxel and Herceptin.
Kaplan-Meier estimates are shown.

Exploratory analyses of DFS as a function of HER2 overexpression or gene amplification were conducted for patients in Studies 2 and 3, where central laboratory testing data were available. The results are shown in Table 8. The number of events in Study 2 was small with the exception of the IHC 3+/FISH+ subgroup, which constituted 81% of those with data. Definitive conclusions cannot be drawn regarding efficacy within other subgroups due to the small number of events. The number of events in Study 3 was adequate to demonstrate significant effects on DFS in the IHC 3+/FISH unknown and the FISH +/IHC unknown subgroups.

**Table 8**
Treatment Outcomes in Studies 2 and 3 as a Function of
HER2 Overexpression or Amplification

| HER2 Assay Result[a] | Study 2 | | Study 3 | |
|---|---|---|---|---|
| | Number of Patients | Hazard Ratio DFS (95% CI) | Number of Patients | Hazard Ratio DFS (95% CI) |
| **IHC 3+** | | | | |
| FISH (+) | 1170 | 0.42 (0.27, 0.64) | 91 | 0.56 (0.13, 2.50) |
| FISH (−) | 51 | 0.71 (0.04, 11.79) | 8 | — |
| FISH Unknown | 51 | 0.69 (0.09, 5.14) | 2258 | 0.53 (0.41, 0.69) |
| IHC < 3+ / FISH (+) | 174 | 1.01 (0.18, 5.65) | 299[b] | 0.53 (0.20, 1.42) |
| IHC unknown / FISH (+) | — | — | 724 | 0.59 (0.38, 0.93) |

[a] IHC by HercepTest, FISH by PathVysion (HER2/CEP17 ratio $\geq$ 2.0) as performed at a central laboratory.
[b] All cases in this category in Study 3 were IHC 2+.

719

## 14.2 Metastatic Breast Cancer

720
721 The safety and efficacy of Herceptin in treatment of women with metastatic breast cancer were
722 studied in a randomized, controlled clinical trial in combination with chemotherapy (Study 5,
723 n=469 patients) and an open-label single agent clinical trial (Study 6, n=222 patients). Both trials
724 studied patients with metastatic breast cancer whose tumors overexpress the HER2 protein. Patients
725 were eligible if they had 2 or 3 levels of overexpression (based on a 0 to 3 scale) by
726 immunohistochemical assessment of tumor tissue performed by a central testing lab.

727 *Previously Untreated Metastatic Breast Cancer (Study 5)*

728 Study 5 was a multicenter, randomized, open-label clinical trial conducted in 469 women with
729 metastatic breast cancer who had not been previously treated with chemotherapy for metastatic
730 disease. Tumor specimens were tested by IHC (Clinical Trial Assay, CTA) and scored as 0, 1+, 2+,
731 or 3+, with 3+ indicating the strongest positivity. Only patients with 2+ or 3+ positive tumors were
732 eligible (about 33% of those screened). Patients were randomized to receive chemotherapy alone or
733 in combination with Herceptin given intravenously as a 4 mg/kg loading dose followed by weekly
734 doses of Herceptin at 2 mg/kg. For those who had received prior anthracycline therapy in the
735 adjuvant setting, chemotherapy consisted of paclitaxel (175 mg/m$^2$ over 3 hours every 21 days for at
736 least six cycles); for all other patients, chemotherapy consisted of anthracycline plus
737 cyclophosphamide (AC: doxorubicin 60 mg/m$^2$ or epirubicin 75 mg/m$^2$ plus 600 mg/m$^2$
738 cyclophosphamide every 21 days for six cycles). Sixty-five percent of patients randomized to
739 receive chemotherapy alone in this study received Herceptin at the time of disease progression as
740 part of a separate extension study.

741 Based upon the determination by an independent response evaluation committee the patients
742 randomized to Herceptin and chemotherapy experienced a significantly longer median time to
743 disease progression, a higher overall response rate (ORR), and a longer median duration of response,
744 as compared with patients randomized to chemotherapy alone. Patients randomized to Herceptin
745 and chemotherapy also had a longer median survival (see Table 9). These treatment effects were

746  observed both in patients who received Herceptin plus paclitaxel and in those who received
747  Herceptin plus AC; however the magnitude of the effects was greater in the paclitaxel subgroup.
748

**Table 9**
Study 5:  Efficacy Results in
First-Line Treatment for Metastatic Breast Cancer

| | Combined Results | | Paclitaxel Subgroup | | AC Subgroup | |
| --- | --- | --- | --- | --- | --- | --- |
| | Herceptin + All Chemo- therapy (n = 235) | All Chemo- therapy (n = 234) | Herceptin + Paclitaxel (n = 92) | Paclitaxel (n = 96) | Herceptin + AC[a] (n = 143) | AC (n = 138) |
| **Primary Endpoint** | | | | | | |
| Median TTP(mos)[b,c] | 7.2 | 4.5 | 6.7 | 2.5 | 7.6 | 5.7 |
| 95% CI | 7, 8 | 4, 5 | 5, 10 | 2, 4 | 7, 9 | 5, 7 |
| p-value[d] | < 0.0001 | | < 0.0001 | | 0.002 | |
| **Secondary Endpoints** | | | | | | |
| Overall Response Rate[b] | 45 | 29 | 38 | 15 | 50 | 38 |
| 95% CI | 39, 51 | 23, 35 | 28, 48 | 8, 22 | 42, 58 | 30, 46 |
| p-value [e] | < 0.001 | | < 0.001 | | 0.10 | |
| Median Resp Duration (mos)[b,c] | 8.3 | 5.8 | 8.3 | 4.3 | 8.4 | 6.4 |
| 25%, 75% Quartile | 6, 15 | 4, 8 | 5 ,11 | 4, 7 | 6, 15 | 4, 8 |
| Med Survival (mos)[c] | 25.1 | 20.3 | 22.1 | 18.4 | 26.8 | 21.4 |
| 95% CI | 22, 30 | 17, 24 | 17, 29 | 13, 24 | 23, 33 | 18, 27 |
| p-value[d] | 0.05 | | 0.17 | | 0.16 | |

[a]  AC = Anthracycline (doxorubicin or epirubicin) and cyclophosphamide.
[b]  Assessed by an independent Response Evaluation Committee.
[c]  Kaplan-Meier Estimate.
[d]  log-rank test.
[e]  $\chi$2-test.

749

750    Data from Study 5 suggest that the beneficial treatment effects were largely limited to patients
751  with the highest level of HER2 protein overexpression (3+) (see Table 10).
752

**Table 10**
Treatment Effects in Study 5 as a
Function of HER2 Overexpression or Amplification

| HER2 Assay Result | Number of Patients (N) | Relative Risk[b] for Time to Disease Progression (95% CI) | Relative Risk[b] for Mortality (95% CI) |
|---|---|---|---|
| CTA 2+ or 3+ | 469 | 0.49 (0.40, 0.61) | 0.80 (0.64, 1.00) |
| FISH (+)[a] | 325 | 0.44 (0.34, 0.57) | 0.70 (0.53, 0.91) |
| FISH (−)[a] | 126 | 0.62 (0.42, 0.94) | 1.06 (0.70, 1.63) |
| CTA 2+ | 120 | 0.76 (0.50, 1.15) | 1.26 (0.82, 1.94) |
| FISH (+) | 32 | 0.54 (0.21, 1.35) | 1.31 (0.53, 3.27) |
| FISH (−) | 83 | 0.77 (0.48, 1.25) | 1.11 (0.68, 1.82) |
| CTA 3+ | 349 | 0.42 (0.33, 0.54) | 0.70 (0.51, 0.90) |
| FISH (+) | 293 | 0.42 (0.32, 0.55) | 0.67 (0.51, 0.89) |
| FISH (−) | 43 | 0.43 (0.20, 0.94) | 0.88 (0.39, 1.98) |

[a] FISH testing results were available for 451 of the 469 patients enrolled on study.
[b] The relative risk represents the risk of progression or death in the Herceptin plus chemotherapy arm versus the chemotherapy arm.

*Previously Treated Metastatic Breast Cancer (Study 6)*

Herceptin was studied as a single agent in a multicenter, open-label, single-arm clinical trial (Study 6) in patients with HER2 overexpressing metastatic breast cancer who had relapsed following one or two prior chemotherapy regimens for metastatic disease.  Of 222 patients enrolled, 66% had received prior adjuvant chemotherapy, 68% had received two prior chemotherapy regimens for metastatic disease, and 25% had received prior myeloablative treatment with hematopoietic rescue. Patients were treated with a loading dose of 4 mg/kg IV followed by weekly doses of Herceptin at 2 mg/kg IV.

The ORR (complete response+partial response), as determined by an independent Response Evaluation Committee, was 14%, with a 2% complete response rate and a 12% partial response rate. Complete responses were observed only in patients with disease limited to skin and lymph nodes. The overall response rate in patients whose tumors tested as CTA 3+ was 18% while in those that tested as CTA 2+, it was 6%.

**14.3  Metastatic Gastric Cancer**

The safety and efficacy of Herceptin in combination with cisplatin and a fluoropyrimidine (capecitabine or 5-fluorouracil) were studied in patients previously untreated for metastatic gastric or gastroesophageal junction adenocarcinoma (Study 7).  In this open-label, multi-center trial, 594 patients were randomized 1:1 to Herceptin in combination with cisplatin and a fluoropyrimidine (FC+H) or chemotherapy alone (FC).  Randomization was stratified by extent of disease (metastatic vs. locally advanced), primary site (gastric vs. gastroesophageal junction), tumor measurability (yes vs. no), ECOG performance status (0,1 vs. 2), and fluoropyrimidine (capecitabine vs. 5-fluorouracil). All patients were either HER2 gene amplified (FISH+) or HER2 overexpressing (IHC 3+).  Patients were also required to have adequate cardiac function (e.g., LVEF > 50%).

On the Herceptin-containing arm, Herceptin was administered as an IV infusion at an initial dose of 8 mg/kg followed by 6 mg/kg every 3 weeks until disease progression.  On both study arms

779  cisplatin was administered at a dose of 80 mg/m$^2$ Day 1 every 3 weeks for 6 cycles as a 2 hour IV
780  infusion.  On both study arms capecitabine was administered at 1000 mg/m$^2$ dose orally twice daily
781  (total daily dose 2000 mg/m$^2$) for 14 days of each 21 day cycle for 6 cycles. Alternatively continuous
782  intravenous infusion (CIV) 5-fluorouracil was administered at a dose of 800 mg/m$^2$/day from Day 1
783  through Day 5 every three weeks for 6 cycles.

784      The median age of the study population was 60 years (range: 21–83); 76% were male; 53% were
785  Asian, 38% Caucasian, 5% Hispanic, 5% other racial/ethnic groups; 91% had ECOG PS of 0 or 1;
786  82% had primary gastric cancer and 18% had primary gastroesophageal adenocarcinoma.  Of these
787  patients, 23% had undergone prior gastrectomy, 7% had received prior neoadjuvant and/or adjuvant
788  therapy, and 2% had received prior radiotherapy.

789      The main outcome measure of Study 7 was overall survival (OS), analyzed by the unstratified log-
790  rank test. The final OS analysis based on 351 deaths was statistically significant (nominal
791  significance level of 0.0193).  An updated OS analysis was conducted at one year after the final
792  analysis. The efficacy results of both the final and the updated analyses are summarized in Table 11
793  Figure 6.
794

**Table 11**
Study 7: Overall Survival in ITT Population

|  | FC Arm N=296 | FC + H Arm N=298 |
|---|---|---|
| Definitive (Second Interim) Overall Survival | | |
| No. Deaths (%) | 184 (62.2%) | 167 (56.0%) |
| Median | 11.0 | 13.5 |
| 95% CI (mos.) | (9.4, 12.5) | (11.7, 15.7) |
| Hazard Ratio | 0.73 | |
| 95% CI | (0.60, 0.91) | |
| p-value*, two-sided | 0.0038 | |
| Updated Overall Survival | | |
| No. Deaths (%) | 227 (76.7%) | 221 (74.2%) |
| Median | 11.7 | 13.1 |
| 95% CI (mos.) | (10.3, 13.0) | (11.9, 15.1) |
| Hazard Ratio | 0.80 | |
| 95% CI | (0.67, 0.97) | |

  * Comparing with the nominal significance level of 0.0193.

795

796 **Figure 6**
797 Updated Overall Survival in Patients with Metastatic Gastric Cancer (Study 7)



798
799
800 An exploratory analysis of OS in patients based on HER2 gene amplification (FISH) and protein
801 overexpression (IHC) testing is summarized in Table 12.
802

**Table 12**

Exploratory Analyses by HER2 Status using Updated Overall Survival Results

|  | FC (N= 296)[a] | FC+H (N=298)[b] |
|---|---|---|
| FISH+ / IHC 0, 1+ subgroup (N=133) | | |
| No. Deaths / n (%) | 57/71 (80%) | 56/62 (90%) |
| Median OS Duration (mos.) | 8.8 | 8.3 |
| 95% CI (mos.) | (6.4, 11.7) | (6.2, 10.7) |
| Hazard ratio (95% CI) | 1.33 (0.92, 1.92) | |
| FISH+ / IHC2+ subgroup (N=160) | | |
| No. Deaths / n (%) | 65/80 (81%) | 64/80 (80%) |
| Median OS Duration (mos.) | 10.8 | 12.3 |
| 95% CI (mos.) | (6.8, 12.8) | (9.5, 15.7) |
| Hazard ratio (95% CI) | 0.78 (0.55, 1.10) | |
| FISH+ or FISH-/IHC3+[c] subgroup (N=294) | | |
| No. Deaths / n (%) | 104/143 (73%) | 96/151 (64%) |
| Median OS Duration (mos.) | 13.2 | 18.0 |
| 95% CI (mos.) | (11.5. 15.2) | (15.5, 21.2) |
| Hazard ratio (95% CI) | 0.66 (0.50, 0.87) | |

[a] Two patients on the FC arm who were FISH+ but IHC status unknown were excluded from the exploratory subgroup analyses.

[b] Five patients on the Herceptin-containing arm who were FISH+, but IHC status unknown were excluded from the exploratory subgroup analyses.

[c] Includes 6 patients on chemotherapy arm, 10 patients on Herceptin arm with FISH-, IHC3+ and 8 patients on chemotherapy arm, 8 patients on Herceptin arm with FISH status unknown, IHC 3+.

803

804   **16  HOW SUPPLIED/STORAGE AND HANDLING**

805   **16.1 How Supplied**

806   Herceptin is supplied in a multi-use vial containing 440 mg trastuzumab as a lyophilized sterile
807   powder, under vacuum.  Each carton contains one vial Herceptin® and one vial (20 mL) of
808   Bacteriostatic Water for Injection (BWFI), USP, containing 1.1% benzyl alcohol as a preservative.
809   NDC 50242-134-68.

810   **16.2 Stability and Storage**

811   Vials of Herceptin are stable at 2−8°C (36−46°F) prior to reconstitution.  Do not use beyond the
812   expiration date stamped on the vial.  A vial of Herceptin reconstituted with BWFI, as supplied, is
813   stable for 28 days after reconstitution when stored refrigerated at 2−8°C (36−46°F).  Discard any
814   remaining multi-dose reconstituted solution after 28 days.  A vial of Herceptin reconstituted with
815   unpreserved SWFI (not supplied) should be used immediately and any unused portion discarded.
816   **Do Not Freeze** Herceptin following reconstitution or dilution.
817   The solution of Herceptin for infusion diluted in polyvinylchloride or polyethylene bags
818   containing 0.9% Sodium Chloride Injection, USP, should be stored at 2−8°C (36−46°F) for no more
819   than 24 hours prior to use.

820  **17  PATIENT COUNSELING INFORMATION**

821  •  Advise patients to contact a health care professional immediately for any of the following: new
822     onset or worsening shortness of breath, cough, swelling of the ankles/legs, swelling of the face,
823     palpitations, weight gain of more than 5 pounds in 24 hours, dizziness or loss of consciousness
824     [*see Boxed Warning:  Cardiomyopathy*].

825  •  Advise pregnant women and women of childbearing potential that Herceptin exposure can
826     result in fetal harm *[see Warnings and Precautions (5.6) and Use in Specific Populations
827     (8.1)]*.

828  •  Advise women of childbearing potential to use effective contraceptive methods during
829     treatment and for a minimum of six months following Herceptin [*see Warnings and
830     Precautions (5.6)*].

831  •  Encourage women who are exposed to Herceptin during pregnancy to enroll in MotHER- the
832     Herceptin Pregnancy Registry [*see Pregnancy (8.1)*].

833

---

**HERCEPTIN® [trastuzumab]**

Manufactured by:                                          4851301
**Genentech, Inc.**                 Initial US Approval:  Sept. 1998
1 DNA Way                            Revision Date:  October 2010
South San Francisco, CA  94080-4990
                                                ©2010 Genentech, Inc.